## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **KELLSTONE, INC.,** | ) | **CASE NO.1:06CV804** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **ZURICH AMERICA INSURANCE CO.** | ) | **ORDER** |
| **ET AL.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### CHRISTOPHER A. BOYKO, J:

This matter is before the Court on Plaintiff Kellstone, Inc.'s Motion for Federal Rule of

Civil Procedure 41(a)(2) Voluntary Dismissal Without Prejudice (ECF #22). Defendant's

counsel informed the Court, via telephone, that Defendants do not oppose the Motion. Therefore,

Plaintiffs' Motion is GRANTED and the captioned case is DISMISSED WITHOUT

PREJUDICE, with the condition that, if Plaintiff Kellstone, Inc. re-files, it must pay the

reasonable attorney fees and costs of any duplication of legal services by Defendants, up to the

date of the dismissal.

IT IS SO ORDERED.

5/16/07

Date

CHRISTOPHER A. BOYKO
United States District Judge

**FILED**

MAY 1 5 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND